■ H. M. Brown, Inc., Appellant, v. Lewis B. Price, Respondent.— Order and judgment unanimously reversed, without costs, and motion to dismiss complaint denied. Memorandum: Special Term incorrectly concluded that the plaintiff's complaint failed to state a cause of action. Motions to dismiss should not be granted unless it is clear that there can be no relief under any of the facts alleged in the complaint (*Richardson* v. *Coy,* 28 A D 2d 640). Absent a showing of any prejudice, defects in form should be ignored (CPLR 3026; 3 Weinstein-Korn-Miller, N. Y. Prac., par. 3013.03). Our inquiry is limited to whether the pleading states in some recognizable form any cause of action known to our law (*Foley* v. *D'Agostino,* 21 A D 2d 60). Viewed in that light, the complaint states causes of action for goods sold and services rendered (cf. CPLR Appendix of Official Forms, Form 6) and for an account stated (*Schutz* v. *Morette,* 146 N. Y. 137, 144; 8 Encyclopedia of New York Law, Contracts, § 3007; 4 Carmody-Wait 2d, New York Practice, § 29.241). This determination is without prejudice, however, to defendant's moving to have the causes of action for goods delivered and services rendered separately stated (CPLR 3014; CPLR 3024, subd. [a]; 3 Weinstein-Korn-Miller, N. Y. Prac., par. 3014.09). (Appeal from order and judgment of Monroe Special Term dismissing complaint in action for goods sold, etc.) Present — Marsh, J. P., Witmer, Gabrielli, Moule and Cardamone, JJ.